# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. 3-CR-16-085** |
| v. : | |
| **EVANS SAMUEL SANTOS DIAZ,** : | **(JUDGE MANNION)** |
| **Defendant** : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

1. The Government's motion *in limine*, (Doc. 206), is **GRANTED**; and

2. The Government will be allowed to impeach the credibility of Diaz with the fact of his prior felony robbery conviction if he testifies on his own behalf at trial.


S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 20, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2016 CRIMINAL MEMORANDA\16-085-01-ORDER.wpd